**Order entered May 27, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00535-CV

## IN RE AMERICAN REALTY TRUST, INC. AND ART MIDWEST, INC., Relators

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 04-05724**

## ORDER

Based on the Court's opinion of this date, we **DENY** relators' May 5, 2016 petition for writ of mandamus.

We **LIFT** the temporary stay imposed by our May 10, 2016 order.

We **ORDER** relators to bear the costs of this original proceeding.

/s/     ELIZABETH LANG-MIERS
         JUSTICE